UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH JONES, JR.,<br>Plaintiff,<br>v.<br>PAT HORN, et al.,<br>Defendants. | No. 1:25-cv-01258-SAB (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM NOVEMBER 4, 2026 TO **NOVEMBER 12, 2026, AT 9:30 A.M.** BEFORE MAGISTRATE JUDGE BARBARA A. MCAULIFFE |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On July 16, 2026, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins, and set a settlement conference on November 4, 2026, at 9:30 a.m. (ECF No. 18.) The Court advised defense counsel to "contact the Litigation Coordinator at the institution where Plaintiff is housed to determine whether the institution can accommodate a Zoom video appearance by Plaintiff at th[e] date and time" provided in the order. (Id. at 4.)

Because the institution where Plaintiff is currently incarcerated cannot accommodate the settlement conference on November 4, 2026, it is HEREBY ORDERED that:

**1.** The video settlement conference is rescheduled to **November 12, 2026, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe**;

2. The parties shall submit their confidential settlement statement as set forth in the Court's July 16, 2026, order, on or before November 5, 2026; and

3. All other provisions of the Court's July 16, 2026, remain in effect.

IT IS SO ORDERED.

Dated: **August 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge