UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH JONES, Jr.,<br>Plaintiff,<br><br>v.<br><br>PAT HORN, et al.,<br>Defendants. | 1:25-cv-01258-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **RALPH JONES, Jr.**, CDCR # H-16837, **VIA ZOOM VIDEO CONFERENCE**<br><br>DATE: November 12, 2026<br>TIME: 9:30 a.m. |

**Inmate Ralph Jones, Jr., CDCR #H-16837**, a necessary and material participant on his behalf in a settlement conference on November 12, 2026, is confined at Kern Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference from his present institution before United States Magistrate Judge Barbara A. McAuliffe, on November 12, 2026, at 9:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the court proceedings or as ordered by the Court;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Kern Valley State Prison,**

**WE COMMAND** you to produce the inmate named above **to appear by Zoom video conference, along with any necessary legal property,** before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **October 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge