# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH JONES, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>PAT HORN, et al.,<br><br>Defendants. | Case No. 1:25-cv-01258-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE RALPH JONES, Jr. CDCR #H-16837<br><br>(ECF No. 22) |

A video settlement conference in this matter was held on November 12, 2026. Inmate Ralph Jones, CDCR #H-16837, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **November 12, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE